UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE KIRKLAND-HUSDON,<br><br>      Plaintiff,<br><br>  -against-<br><br>MOUNT VERNON CITY SCHOOL DISTRICT; FELICIA GAON, DIRECTOR OF STUDENT SERVICES; SUSAN BURNETT, SPECIAL EDUCATION SUPERVISOR; RACHEL DePAUL, ASSISTANT DIRECTOR FOR SPECIAL EDUCATION,<br><br>      Defendants. | 21-CV-0695 (KMK)<br><br>ORDER OF SERVICE |

KENNETH M. KARAS, United States District Judge:

  Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

  The Clerk of Court is directed to issue summonses as to Defendants Mount Vernon City School District; Felicia Gaon, Director of Student Services; Susan Burnett, Special Education Supervisor for Rebecca Turner School; and Rachel DePaul, Assistant Director for Special Services. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package

SO ORDERED.

Dated: March 31, 2021
    White Plains, New York

                            KENNETH M. KARAS
                                United States District Judge