UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE KIRKLAND-HUSDON,

Plaintiff,

v.

MOUNT VERNON CITY SCHOOL DISTRICT,
et al.,

Defendants.

21-CV-0695 (KMK)

ORDER OF SERVICE

KENNETH M. KARAS, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to Defendant Karalyn Sperling.

Plaintiff is directed to serve the summons and amended complaint on this defendant within 90

days of the issuance of the summons.  If within those 90 days, Plaintiff has not either served

Defendant Sperling or requested an extension of time to do so, the Court may dismiss the claims

against Defendant Sperling under Rules 4 and 41 of the Federal Rules of Civil Procedure for

failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    April 26, 2021
          White Plains, New York

_____
KENNETH M. KARAS
United States District Judge