# MEMO ENDORSED

## GLASS HARLOW & HOGROGIAN LLP

ATTORNEYS AND COUNSELORS AT LAW

A Limited Liability Partnership

85 Broad Street, WeWork-16th Fl.

NEW YORK, NY 10004

212-537-6859

FAX NO. 845-510-2219

E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
Partner

September 30, 2021

*Via ECF*
Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> **Re:** **Kirkland-Hudson v. Mount Vernon City School District et al.,**
> **21-cv-00695-KMK**
> **Notice of Appearance and Request to Adjourn Conference**

Dear Judge Karas:

Plaintiff, Josephine Kirkland-Hudson has recently retained the firm of Glass Harlow & Hogrogian LLP to represent her in this matter. A copy of the Appearance of Counsel Form is attached hereto as Exhibit A.

Additionally, Plaintiff respectfully requests an adjournment of the Teleconference scheduled on October 5, 2021 at 12:15 pm. I have another conference scheduled in a matter in the Eastern District of New York at the same time. The Parties have conferred and are available to participate in a conference on October 6, 13, 21 and 22, 2021, should any of those dates be convenient to the Court.

Thank you for your consideration.

*Granted. The Court will hold a teleconference on 10/22/21 at 10:30 AM.*

**SO ORDERED**

**KENNETH M. KARAS U.S.D.J.**

*10/5/2021*

Respectfully submitted,

*/s: Bryan D. Glass*
Bryan D. Glass, Esq.
Attorney for Plaintiff

c:      Gerald Stephen Smith , Jr, Esq., Attorney for Defendants (via ECF)