# GLASS HARLOW & HOGROGIAN LLP
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 Broad Street, WeWork-16th Fl.
NEW YORK, NY 10004
212-537-6859
FAX NO. 845-510-2219
E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
Partner

**MEMO ENDORSED**

May 16, 2022

*Via ECF*
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    Kirkland-Hudson v. Mount Vernon City School District et al.,
             21-cv-00695-KMK
             Joint letter regarding May 17, 2022 10:30 am status conference

Dear Judge Karas:

     Plaintiff Josephine Kirkland-Hudson writes on behalf of both parties regarding the upcoming conference scheduled for May 17, 2022, at 10:30 am. Presently Plaintiff's motion to amend the complaint and Defendants' motion to stay discovery are pending before the Court. I also presently have another court matter scheduled for 9:30 am that possibly could conflict with the 10:30 am conference tomorrow.

     If the Court would prefer to reschedule tomorrow's conference until it resolves the pending motions, the parties have no objection to that. Alternatively, I respectfully request that tomorrow's conference be rescheduled to a subsequent later time and/or an alternative date to avoid any potential conflict tomorrow.

     Thank you very much for the Court's consideration.

Denied as untimely.

So Ordered.
/s/ [signature]
5/16/22

Respectfully submitted,

/s Bryan Glass
Bryan D. Glass, Esq.
Attorney for Plaintiff

c:    Gerald Smith, Esq., and Deanna L. Collins, Attorneys for Defendants (via ECF)