**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

MEMO ENDORSED

October 21, 2022

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Kirkland-Hudson v. Mount Vernon City School District, et al.*
              Index No.: 21-CV-00695 (KMK)(AEK)
              Our File No.: 5001.624

Dear Judge Karas:

      We represent the Defendants in this matter and are writing to request a brief extension of time to submit our pre-motion letter in this matter. Currently, Defendants' pre-motion letter is due October 24th, and a status conference is scheduled before Your Honor for November 10th. Depositions in this matter have just been completed, and we respectfully request the brief extension of time so that we may properly review our notes as well as the record generally and ensure that our pre-motion letter is accurate and thorough as well as to allow for the fact that I will be out of the Country during the week of October 24th. We have consulted with Plaintiff's Counsel who has consented to this request, and we have agreed to his request that any response will be due by November 9th.

      Accordingly, Defendants request, with the consent of Plaintiff, that the date for the submission of their pre-motion letter be moved to November 1st and the date for Plaintiff's response be moved to November 9th.

      Thank You for Your attention to this matter.

Request for extension is granted. Defendants' pre-motion letter shall be submitted no later than November 1 and Plaintiff's response shall be submitted no later than November 9.

Respectfully submitted,

SILVERMAN & ASSOCIATES

*Gerald S. Smith*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

October 21, 2022

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com

*Kirkland-Hudson v. Mount Vernon CSD, et al.*
*Our File No.: 5001.624*
*October 21, 2022*
*Page 2*

TO: **VIA ECF AND ELECTRONIC MAIL**
Bryan D. Glass, Esq.
Counsel for Plaintiff
Glass Harlow & Hogrogian LLP
85 Broad Street @ Wework
New York, New York 10004