**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

MEMO ENDORSED

November 14, 2022

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Kirkland-Hudson v. Mount Vernon City School District, et al.*
           Index No.: 21-CV-00695 (KMK)(AEK)
           Our File No.: 5001.624

Dear Judge Karas:

    We represent the Defendants in above-referenced matter. We respectfully write to request that the pre-motion conference recently scheduled in this matter for November 30, 2022 (ECF 88) be rescheduled. This is the first such request and Plaintiff's counsel consents to this request. The reason for this request is due to the unavailability of defense counsel on that date due to previously scheduled depositions in another matter.

    Counsel have conferred and propose the following alternative dates: December 5 (before 2:00 pm), December 12, December 13, December 14 (before 3:00 pm), or December 15 (before 2:00 pm).

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    **SILVERMAN & ASSOCIATES**
    By: */s/ Deanna L. Collins*
    Deanna L. Collins
    Attorneys for Defendants
    (914) 574-4510
    dcollins@silvermanandassociatesny.com

cc:    all counsel of record (via ECF)

Granted. The conference will go forward on December 15, 2022 at 12:00

SO ORDERED
/s/ Kenneth M. Karas, U.S.D.J.
11/15/22

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com