**SILVERMAN & ASSOCIATES** | **ATTORNEYS AT LAW**

MEMO ENDORSED

June 28, 2023

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:    *Kirkland-Hudson v. Mount Vernon City School District, et al.*
               Index No.: 21-CV-00695 (KMK)(AEK)
               Our File No.: 5001.624

Dear Judge Karas:

      We represent the Defendants in this matter and write on behalf of all parties to respectfully request that the status conference currently scheduled for July 12, 2023 be adjourned. This is the first such request and the reason is because the settlement conference before Judge Krause has been rescheduled for July 28, 2023 (see ECF 98).

      Counsel have conferred and are all available on August 16, 17 or 18, 2023 if convenient to the Court.

      Accordingly, the parties respectfully request that the July 12 conference be adjourned to one of the new dates proposed, or otherwise to a date convenient to the Court after July 28.

      We thank the Court for its attention to this matter.

Granted. The conference is adjourned to 9/19/23, at 2:00

So Ordered.
6/28/23

Respectfully submitted,

**SILVERMAN & ASSOCIATES**
By: */s/ Deanna L. Collins*
Deanna L. Collins
Attorneys for Defendants
(914) 574-4510
dcollins@silvermanandassociatesny.com

TO:   all counsel of record (via ECF)