**SILVERMAN & ASSOCIATES** | ATTORNEYS AT LAW

MEMO ENDORSED

September 14, 2023

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Kirkland-Hudson v. Mount Vernon City School District, et al.*
           Index No.: 21-CV-00695 (KMK)(AEK)
           Our File No.: 5001.624

Dear Judge Karas:

    We represent the Defendants in this matter and write on behalf of all parties to respectfully request that the conference currently scheduled for September 19, 2023 be adjourned. This is the second such request and the prior request was granted. The parties engaged in a productive settlement conference before Judge Krause yesterday and settlement discussions are to continue, with a joint, confidential status report due to Judge Krause on September 22, 2023. The parties anticipate that a second settlement conference may be needed in early October, depending on Judge Krause's calendar.

    Accordingly, the parties respectfully request that the September 19 conference be adjourned to a date convenient to the Court in mid to late October.

    We thank the Court for its consideration of this request.

*Granted. The conference is adjourned until 11/15/23, at 10:30*

*So Ordered.*
*[signature]*
*9/15/23*

                        Respectfully submitted,

                        **SILVERMAN & ASSOCIATES**
                        By: */s/ Deanna L. Collins*
                        Deanna L. Collins
                        Attorneys for Defendants
                        (914) 574-4510
                        dcollins@silvermanandassociatesny.com

TO:    all counsel of record (via ECF)