**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

November 14, 2023

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   Kirkland-Hudson v. Mount Vernon City School District, et al.
             Index No.: 21-CV-00695 (KMK)(AEK)
             Our File No.: 5001.624

Dear Judge Karas:

      We represent the Defendants in the above-referenced matter. We write jointly on behalf of counsel for all parties to respectfully request that the conference currently scheduled for November 15, 2023 be adjourned *sine die* and that the Court so-order the proposed summary judgment motion briefing schedule that is indicated below. In the alternative, the parties respectfully request that the in-person conference be rescheduled as a telephone conference. This is the third request to adjourn the conference and the first request to do so *sine die* with the substitution of a proposed briefing schedule. Those prior requests have been granted.

      As Your Honor is aware, the parties have engaged in settlement negotiations and conferences before Judge Krause, and we appreciate the Court's involvement and encouragement of these conversations. At this time, however, the parties are unable to reach an agreement to resolve the matter. As such, we respectfully request that a briefing schedule be entered for Defendants' anticipated motion for summary judgment (see ECF 86).

      The parties understand that the conference scheduled for November 15 is to set this briefing schedule. Counsel have conferred and, with the upcoming holidays and counsels' pre-existing schedules in mind, propose the following briefing schedule in lieu of a conference appearance to set one:

- Defendants' motion papers due January 12, 2024;
- Plaintiff's opposition papers due March 8, 2024; and
- Defendants' reply papers due March 22, 2024.

      We thank the Court for its consideration of this request and apologize for the lateness of its filing.

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com

*Kirkland-Hudson v. Mt. Vernon CSD, et al.*
*November 14, 2023*
*Page 2*

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

By: */s/ Deanna L. Collins*
Deanna L. Collins
Attorneys for Defendants
(914) 574-4510
dcollins@silvermanandassociatesny.com

TO:   all counsel of record (via ECF)

> Granted. The summary judgment briefing schedule proposed herein is adopted. The 11/15/23 conference is adjourned sine die.
>
> So Ordered.
> 11/14/23