UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Kirkland-Hudson,

                         Plaintiff,                        **SCHEDULING ORDER**

        -against-                                   21 Civ. 695 (KMK) (AEK)

Mount Vernon City School District, *et al.*,

                         Defendants.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter is hereby scheduled for a video settlement conference before Magistrate Judge Andrew E. Krause on **Monday, December 9, 2024 at 1:30 p.m.**

      On or before **December 5, 2024**, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. While the Court is familiar with this matter from prior settlement conferences, the parties should still include in their letters (i) the history of settlement negotiations (particularly any developments since the last settlement conference on October 17, 2023); (ii) the remaining issues in the case, in light of Judge Karas's decision on the summary judgment motion; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. By no later than **November 26, 2024**, Plaintiff must make at least one new concrete settlement demand, and by no later than **December 3, 2024**, Defendants must make at least one new concrete settlement offer. These figures must be reported in the pre-conference letters. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

      Parties – not just the attorneys – must attend the settlement conference. As with the earlier settlement conferences, the individual defendants are not required attend, but the school

district must send a representative with decision-making authority to settle the matter. Where liability insurance is involved, a decision-making representative of the carrier must attend unless specifically excused by the Court.

    This conference will be conducted by video, using Microsoft Teams. A link and instructions will be provided to the parties by email prior to the conference. Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated: October 29, 2024
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge