**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

February 10, 2025

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

      Re:    *Kirkland-Hudson v. Mount Vernon City School District, et al.*
               Index No.: 21-CV-00695 (KMK)(AEK)
               Our File No.: 5001.624

Dear Judge Karas:

      We represent Defendants in the above-referenced matter and write jointly on behalf of all parties to respectfully request an extension of time to submit the parties' proposed joint pretrial order. The deadline for this submission is February 13, 2025. This is the first request for such an extension. The reason for this request is due to the workload of the parties, which includes deadlines for dispositive motions and appellate submissions in other cases by both parties and preparation for trial of another matter by the undersigned.

      Accordingly, the parties respectfully request a 30-day extension to file their joint pretrial order, or by March 17, 2025.

      We thank Your Honor for Your consideration of this request.

*Granted, but this will be the last such extension.*
*So Ordered*
*2/10/25*

Respectfully submitted,

**SILVERMAN & ASSOCIATES**
By: */s/ Deanna L. Collins*
Deanna L. Collins
445 Hamilton Ave., Suite 1102
White Plains, NY 10601
(914) 574-4510
DCollins@silvermanandassociatesny.com

Cc:    All counsel of record (via ECF)