**SILVERMAN & ASSOCIATES** | **ATTORNEYS AT LAW**

March 14, 2025

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re: *Kirkland-Hudson v. Mount Vernon City School District, et al.*
> Index No.: 21-CV-00695 (KMK)(AEK)
> Our File No.: 5001.624

Dear Judge Karas:

We represent Defendants in the above-referenced matter and write jointly on behalf of all parties to respectfully request a short extension of time to submit the parties' motions in limine, proposed voir dire, and proposed jury instructions. The deadline for this submission is March 17, 2025. This is the first request for such an extension. The reason for this request is due to the fact that the parties' proposed joint pretrial order is also due on March 17, 2025 and evaluation of the Order will be needed to draft the other submissions. Counsel have also been working diligently over the past few weeks to attempt to resolve the matter in lieu of trial and estimate that we may come to a resolution one way or another in the next week or so. A brief adjournment of the deadlines above would greatly assist in that regard.

Accordingly, the parties respectfully request a week's extension of the deadline to file these pretrial submissions. We also apologize to the Court for the lateness of this request, as counsel have been working diligently on the matters described above.

We thank Your Honor for Your consideration of this request.

Granted.
So Ordered
*[signature]*
3/14/25

Respectfully submitted,

**SILVERMAN & ASSOCIATES**
By: */s/ Deanna L. Collins*
Deanna L. Collins
445 Hamilton Ave., Suite 1102
White Plains, NY 10601
(914) 574-4510
DCollins@silvermanandassociatesny.com

Cc:   All counsel of record (via ECF)